BRANDON M. TESSER (SBN 168476)
(brandon@tessergrossman.com)
BRIAN M. GROSSMAN (SBN 166681)
(brian@tessergrossman.com)
**TESSER | GROSSMAN LLP**
11990 San Vicente Blvd., Ste. 300
Los Angeles, California 90049
Telephone: (310) 207-4558
Facsimile: (424) 256-2689

Attorneys for Plaintiff
ELOHIM EPF USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TWITTERLAND, INC., a California Corporation d/b/a CAFÉ BLISS; JOON YI, an individual; KOIN ENTERPRISES, INC., a California Corporation d/b/a OCTAVE 18; SOOHEUM HAN, an individual; GO GOO RYEO RESTAURANT, INC., a California Corporation d/b/a CLUB ZEUS; STELLA S. JUN, an individual; MH & MK ENTERTAINMENT, INC., a California Corporation d/b/a CHERBOURG; MYUNG HO LEE, an individual; WOON SOOK CHUNG, an individual d/b/a SENSE RESTAURANT; SAN CHUN, INC. a California Corporation d/b/a GO HYANG SAN CHUN; MOON PARK YONG, an individual; KONEOUSA, INC., a California Corporation d/b/a STAR KARAOKE; ERICA J. KANG, an individual; IWAN, INC., a California Corporation d/b/a ASTRO KARAOKE; SANAE MARUYAMA, an individual; SUGAR K ENTERTAINMENT, INC., a California Corporation d/b/a SUGAR ENTERTAINMENT; SMITH HO KANG, an individual; ZILLER ENTERPRISES, INC., a California Corporation d/b/a ZILLER KARAOKE; BYUNGGON SEO, an individual; JIA | Case No. 2:16-cv-07796-TJH-MRW <br><br> **JUDGMENT** <br><br> Complaint Filed: October 20, 2016 |

-1-
**JUDGMENT**

| | |
|---|---|
| 1 | ZEN, INC., a California Corporation ) |
| 2 | d/b/a SIMPLE KARAOKE; DONG SOO ) CHO, an individual; and DOES 1 through ) |
| 3 | 20, inclusive ) Defendants. ) |
| 4 | ) |
| 5 | ) |

Having reviewed the ex parte application of Plaintiff ELOHIM EPF USA, INC. ("Plaintiff"), the evidence presented before and at the time of the hearing, if any, and finding good cause therefore, the Court orders:

JUDGMENT is hereby entered pursuant to the Stipulation for Entry of Judgment against Defendants SAN CHUN, INC. d/b/a GO HYANG SAN CHUN and MOON PARK YONG (collectively, the "Defendants"), jointly and severally, as follows:

In the total amount of: $ 32,500.00 plus judgment interest at the rate of 10% per annum and post-judgment fees and costs to be awarded by separate motion.

**IT IS SO ORDERED.**

Dated: August 23, 2018  By: _____
The Honorable Terry J. Hatter, Jr.
United States District Judge