# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ELOHIM EPF USA, INC., <br><br>　　　　　Plaintiff, <br><br>v. <br><br>TWITTERLAND, INC., *et al.*, <br><br>　　　　　Defendants. | CV 16-07796 TJH (MRWx) <br><br> Order <br> and <br> Judgment |

The Court has considered Plaintiff Elohim EPF USA, Inc.'s ["Elohim"] *ex parte* application to enforce the settlement agreement [dkt # 139], together with the moving papers.

On December 4, 2017, Elohim and Defendants Sugar K Entertainment and Smith Ho Kang [collectively, "the Sugar Defendants"] entered into a settlement agreement whereby the Sugar Defendants agreed to pay $32,500.00 in twelve monthly installments. The parties agreed that if the Sugar Defendants defaulted on its payments the remaining balance of the principal amount, plus interest, would be immediately due. In February, 2018, the parties filed a stipulation with the Court, dismissing the case against the Sugar Defendants as a result of the settlement agreement. The Court approved the stipulation and reserved jurisdiction to enter judgment against the Sugar

Defendants in the event of a default. The Sugar Defendants paid $14,300.00, and then defaulted.

Elohim, now, moves for entry of judgment against the Sugar Defendants, pursuant to the settlement agreement and the stipulation.

Accordingly,

𝐈𝐭 𝐢𝐬 𝐎𝐫𝐝𝐞𝐫𝐞𝐝 that the *ex parte* application to enforce the settlement agreement be, and hereby is, 𝐆𝐫𝐚𝐧𝐭𝐞𝐝.

𝐈𝐭 𝐢𝐬 𝐟𝐮𝐫𝐭𝐡𝐞𝐫 𝐎𝐫𝐝𝐞𝐫𝐞𝐝, 𝐀𝐝𝐣𝐮𝐝𝐠𝐞𝐝, 𝐚𝐧𝐝 𝐃𝐞𝐜𝐫𝐞𝐞𝐝 that Judgment be, and hereby is, 𝐄𝐧𝐭𝐞𝐫𝐞𝐝 in favor of Plaintiff Elohim EPF USA, Inc. and against Defendants Sugar K Entertainment and Smith Ho Kang, jointly and severally liable in the amount of $20,769.61, based on the sum of the principal amount of $18,200.00, plus prejudgment interest in the sum of $1,069.61, plus attorneys' fees and costs in the sum of $1,500.00. Post-judgment interest shall accrue at the rate of 2.58% per annum, pursuant to 28 U.S.C. § 1961 and 40 U.S.C. § 3116.

Date: October 1, 2018

*/s/ Terry J. Hatter, Jr.*
𝐓𝐞𝐫𝐫𝐲 𝐉. 𝐇𝐚𝐭𝐭𝐞𝐫, 𝐉𝐫.
𝐒𝐞𝐧𝐢𝐨𝐫 𝐔𝐧𝐢𝐭𝐞𝐝 𝐒𝐭𝐚𝐭𝐞𝐬 𝐃𝐢𝐬𝐭𝐫𝐢𝐜𝐭 𝐉𝐮𝐝𝐠𝐞

cc: FISCAL